UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| ENVIRONMENTAL HYDROGEOLOGICAL CONSULTANTS, INC.<br>  Plaintiff,<br><br>v.<br><br>NORTH AMERICAN RISK SERVICES, INC. and RANDY SCROGGS<br>  Defendant. | **JUDGMENT**<br><br>No. 7:24-CV-458-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 17, 2025, and for the reasons set forth more specifically therein, it is ordered that defendant's motion to dismiss is GRANTED.

**This Judgment Filed and Entered on March 17, 2025, and Copies To:**
Luther Donald Starling, Jr. (via CM/ECF Notice of Electronic Filing)
Jennifer A. Welch (via CM/ECF Notice of Electronic Filing)


March 17, 2025                PETER A. MOORE, JR., CLERK

                               /s/ Sandra K.Collins
                              (By) Sandra K. Collins, Deputy Clerk